# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BRANDEN JAIMES,

    Petitioner,

vs.

BRIAN WILLIAMS, et al.,

    Respondents.

Case No. 2:14-cv-00489-GMN-NJK

**ORDER**

    The court directed petitioner to show cause why this action should not be dismissed because it is untimely. Order (#4). Petitioner has not responded within the allotted time, and the court will dismiss the action.

    Reasonable jurists would not find the court's conclusion to be debatable or wrong, and the court will not issue a certificate of appealability.

    **IT IS THEREFORE ORDERED** that this action is **DISMISSED with prejudice** as untimely. The clerk of the court shall enter judgment accordingly.

    **IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

    **DATED** this 5th day of November, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court